[925 NE2d 580, 898 NYS2d 542]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN RIVERA, Appellant.

Decided February 18, 2010

**APPEARANCES OF COUNSEL**

*Juan Rivera*, appellant pro se.

*Cyrus R. Vance, Jr., District Attorney*, New York City (*Timothy C. Stone* of counsel), for respondent.

*Flemming Zulack Williamson Zauderer LLP*, New York City (*Megan P. Davis* of counsel), for Appellate Courts Committee of the New York County Lawyers' Association, amicus curiae.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed.

Defendant has not demonstrated the absence of a legitimate explanation for his appellate counsel's failure to brief the issue whether his guilty plea should be vacated under *People v Catu* (4 NY3d 242 [2005]; *see People v Borrell*, 12 NY3d 365, 369 [2009]; *People v Rivera*, 71 NY2d 705, 709 [1988]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed in a memorandum.